[No. 66806-4-I.   Division One.   October 8, 2012.]

NATHAN S. HENDERSON, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-00744-6, Charles R. Snyder, J., entered January 21, 2011. *Reversed* by unpublished per curiam opinion.

[No. 66864-1-I.   Division One.   October 8, 2012.]

LANCE K. HOFFMAN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-01914-9, Michael E. Rickert, J., entered February 22, 2011. *Reversed* by unpublished per curiam opinion.

[No. 67354-8-I.   Division One.   October 8, 2012.]

ANGELA M. OPPE, *Appellant*, v. THE LAW OFFICES OF SARAH L. ATWOOD, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-13709-2, Carol A. Schapira, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Schindler, JJ.

[No. 67507-9-I.   Division One.   October 8, 2012.]

ETHAN ALLEN ET AL., *Appellants*, v. STATE FARM FIRE AND CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-04205-9, Michael Heavey, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Cox, J.